IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Booker, Christella | Case Number: 08 B 23807 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 02/24/09 | Filed: 9/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 12, 2009
Confirmed:  December 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 914.61 | |
| Secured: | | 15.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 839.24 |
| Trustee Fee: | | 60.37 |
| Other Funds: | | 0.00 |
| Totals: | 914.61 | 914.61 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 839.24 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 0.00 | 0.00 |
| 4. | First Credit Corporation | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 818.00 | 15.00 |
| 6. | Wells Fargo Bank | Secured | 6,582.58 | 0.00 |
| 7. | US Bank | Secured | 818.71 | 0.00 |
| 8. | American Express Centurion | Unsecured | 92.42 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 2,536.90 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 835.66 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 897.80 | 0.00 |
| 12. | National Capital Management | Unsecured | 743.32 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 600.41 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 928.18 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 740.13 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 2,823.56 | 0.00 |
| 17. | American General Finance | Secured | | No Claim Filed |
| 18. | CitiFinancial | Secured | | No Claim Filed |
| 19. | Harris & Harris | Unsecured | | No Claim Filed |
| 20. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 21. | CitiFinancial | Unsecured | | No Claim Filed |
| 22. | KCA Financial Services | Unsecured | | No Claim Filed |
| 23. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 24. | Worldwide Asset Purchasing LLC | Unsecured | | No Claim Filed |
| | | | $ 21,909.17 | $ 854.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Booker, Christella

Printed: 02/24/09

Case Number: 08 B 23807
Judge: Hollis, Pamela S
Filed: 9/9/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 60.37 |
| | $ 60.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*